## Castro *v.* Henares et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 41.—Resuelto en Diciembre 24, 1904.

Apelación—Desestimación.—En los casos en que el apelante dejare de cumplir con las disposiciones de los artículos 299 y 233 del Código de Enjuiciamiento Civil, la apelación deberá desestimarse.

Los hechos están expresandos en la opinión.

Abogado del apelante: *Sr. Ramirez (Rodolfo).*

Abogado del apelado: *Sr. Vazquez (Fernando).*

El Juez Asociado Sr. MacLeary emitió la opinion del Tribunal.

La Corte de Distrito de Mayagüez dictó sentencia en la presente causa en 27 de Agosto próximo pasado, resolviendo que la propiedad embargada y sus productos son de la exclusiva propiedad del demandante, y que el embargo debería levantarse y ponerse dicha propiedad á la libre disposicion de su legítimo dueño, ó sea el demandante, cancelándose la anotación preventiva que habia sido consignada en el Registro de la Propiedad del Distrito, é imponiendo las costas al demandado, que se cumpliera, etc.

Contra dicha sentencia interpuso recursó de apelación dicho José Henares en 24 de Setiembre siguiente. Aparece en los autos una copia de su escrito de apelación. También presenta una copia certificada del documento del Registra-

dor de la Propiedad, que queda agregada á .los autos. En su comparecencia ante esta Corte en 6 de Octubre próximo pasado, suplica al Tribunal que se eleven los documentos originales de la Corte de Distrito de Mayagüez. Esta petición fué denegada por esta Corte en 17 de Octubre, por una providencia que al efecto se dictó. Entonces presentó un alegato consistente de tres páginas, y una copia del embargo, junto con los autos, fué entregado al Ponente en 24 de Octubre.

El dia 25 de Noviembre el abogado defensor del apelante presentó otro escrito en forma de alegato, en el cual suplicó á la Corte que de acuerdo con el Reglamento No. 66 de este Tribunal, permitiera someter. la causa en el alegato previamente presentado, así como los demás documentos presentados. Esta petición fué denegada por providencia de 26 de Noviembre, y se señaló para la vista el dia 16 de Diciembre.

En 6 de Diciembre el abogado defensor del apelado presentó un alegato, acompañando documentos que se suponian ser escrituras de propiedad que fueron presentadas en el juicio oral del pleito, y en el dia 15 de Diciembre presentó una moción consignando que el apelante no habia presentado á esta Corte copia de los documentos, de acuerdo con el artículo 299 del Código de Enjuiciamiento Civil, que son la sentencia, etc., según se determina en el artículo 233 del mismo Código, y suplica á la Corte que resuelva de acuerdo con el artículo 303 del Código de Enjuiciamiento Civil.

En 16 de Diciembre, el dia señalado para el juicio, tuvo lugar la vista sin que compareciera ninguna de las partes, ni en persona, ni mediante abogado.

En vista de que el apelante no ha complido con lo dispuesto por los artículos 299 y 233 del Código de Enjuiciamient , Civil, debe desestimarse este recurso de apelacion, de acueruo con el 303 del mismo Código.

No creo necesario considerar los méritos de la presente causa, pues el abogado defensor del apelante no ha cumplido

con la ley sobre apelaciones á esta Corte. Por lo tanto recomiendo que se dicte providencia declarando sin lugar este recurso de apelación.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y Wolf.